1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANK IRVIN MOPPINS,

11            Plaintiff,                        No. CIV S-06-1099 FCD GGH P

12        vs.

13   SHELL OIL COMPANY, et al.,

14            Defendants.                    FINDINGS & RECOMMENDATIONS

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  Pending before the court is plaintiff's amended complaint filed August 24,

18   2006.  For the following reasons, the court recommends that this action be dismissed.

19            Again named as defendants are Shell Oil Company, Gasoline Marketers of

20   America, Chervon, Texoil and Exxon.  Plaintiff alleges that defendants violated his

21   constitutional and statutory rights by charging high prices for gasoline.

22            To the extent plaintiff asserts a claim under § 1983, a plaintiff must allege that:

23   (1) defendant was acting under color of state law at the time the complained of act was

24   committed; and (2) defendant's conduct deprived plaintiff of rights, privileges or immunities

25   secured by the Constitution or laws of the United States.  42 U.S.C. § 1983; see West v. Atkins,

26   487 U.S. 42, 48 (1988).

1

1         The named defendants are not state actors because they are private corporations.

2 Moreover, plaintiff's theory that higher gas prices means higher prices in general which then

3 means higher prices for prison products to be consumed by inmates which further translates into

4 an Eighth Amendment violation is frivolous.  Because plaintiff cannot cure this pleading defect,

5 the court recommends that this action be dismissed.

6         To the extent that plaintiff attempts to use 19 U.S.C. § 1592 (fraud in the

7 importation of goods) as a basis on which to bring his action, plaintiff has no standing to sue.

8 Only the United States may bring such an action for penalties.  Dennison v. U.S. Dept. Of

9 Treasury, 678 F. Supp. 894, 896 (CIT 1988).

10         Finally, to the extent that plaintiff seeks to bring some type of common law tort

11 action, plaintiff does not suggest what jurisdictional basis this court might have for adjudicating

12 such an action.

13         IT IS HEREBY RECOMMENDED that this action be dismissed.

14         These findings and recommendations are submitted to the United States District

15 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

16 days after being served with these findings and recommendations, plaintiff may file written

17 objections with the court.  The document should be captioned "Objections to Magistrate Judge's

18 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

19 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

20 F.2d 1153 (9th Cir. 1991).

21 DATED:  9/25/06         /s/ Gregory G. Hollows

22         GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

23 mop1099.56

24

25

26

2